1  Harry S. Stern, SBN 176854
   **RAINS, LUCIA & WILKINSON LLP**
2  2300 Contra Costa Boulevard, Suite 230
   Pleasant Hill, CA 94523
3  Telephone: 925.609.1699
   Facsimile:  925.609.1690
4
   Attorneys for Defendant
5  JAMES MASON

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | JANE DOE,                    | Case No. 3:07-CV-5596 |
12 |         Plaintiff,           | PROOF OF SERVICE RE: (1) MOTION TO INTERVENE AS DEFENDANT; (2) MOTION TO UNSEAL COMPLAINT OR ALTERNATIVELY, MOTION TO MODIFY PROTECTIVE ORDER; AND (3) DECLARATION OF HARRY S. STERN |
13 |   v.                         |
14 | CITY OF SAN MATEO,           |
15 |         Defendant.           |

16
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

# PROOF OF SERVICE

Case Name: *Jane Doe vs. City of San Mateo*
United States District Court Northern District of California
Case No.: 3:07-CV-5596

I, Maggie Bedig, am a citizen of the United States, and am over 18 yeas of age. I am employed in Contra Costa County and am not a party to the above-entitled action. My business address is Rains, Lucia & Wilkinson LLP, 2300 Contra Costa Blvd., Suite 230, Pleasant Hill, California 94523. On the date set forth below I served a true and correct copy(ies) of the following document(s):

**NOTICE OF MOTION BY JAMES MASON TO INTERVENE AS DEFENDANT; MEMORANDUM OF POINTS AND AUTHORITIES;**

**INTERVENOR JAMES MASON'S NOTICE OF MOTION AND MOTION TO UNSEAL THE COMPLAINT OR ALTERNATIVELY, MOTION TO MODIFY THE PROTECTIVE ORDER;**

**DECLARATION OF HARRY S. STERN IN SUPPORT THEREOF.**

upon all parties addressed as follows:

| | |
|---|---|
| Jane Doe | Matthew Kumin, Esq. |
| 2269 Chestnut Street, #102 | L/O Matthew Kumin |
| San Francisco, CA 94123 | 870 Market Street, #1128 |
| | San Francisco, CA 94102 |

said service was effected as indicated below:

☐ HAND DELIVERY- I placed true and correct copies of the above-referenced document(s) in a sealed envelope, addressed to the above-named parties, and personally delivered them.

☐ FACSIMILE TRANSMISSION- I caused true and correct copies of the above-referenced document(s) to be delivered by electronic facsimile transmission.

☒ MAIL – I placed true and correct copies of the above-referenced document(s) in a sealed envelope, properly addressed to the above-named parties, with postage prepaid in a receptacle regularly maintained by the United States Post Office.

1

☐ VIA ELECTRONIC MAIL: I attached a true and correct copy thereof in PDF format to an electronic mail message transmitted to the electronic mail address indicated above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and was executed on December 4, 2007 at Pleasant Hill, California.

*Maggie Bedig*

2

*Jane Doe v. City of San Mateo*   Case No. 3:07-CV-5596
**Proof of Service**