Harry S. Stern, SBN 176854
**RAINS, LUCIA & WILKINSON LLP**
2300 Contra Costa Boulevard, Suite 230
Pleasant Hill, CA 94523
Telephone: 925.609.1699
Facsimile: 925.609.1690

Attorneys for Intervenor
JAMES MASON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | Case No. 3:07-CV-5596 |
| Plaintiff, | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| CITY OF SAN MATEO, | |
| Defendant. | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including Intervenor's Motion to Unseal the Complaint, or Alternatively Motion to Modify the Protective Order. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: December 10, 2007

Respectfully Submitted,

RAINS, LUCIA & WILKINSON LLP

*/s/ Harry S. Stern*

By: Harry S. Stern
Attorneys for JAMES MASON

1

# PROOF OF SERVICE

Case Name: *Jane Doe vs. City of San Mateo*
United States District Court Northern District of California
Case No.: 3:07-CV-5596

    I, Maggie Bedig, am a citizen of the United States, and am over 18 yeas of age. I am employed in Contra Costa County and am not a party to the above-entitled action. My business address is Rains, Lucia & Wilkinson LLP, 2300 Contra Costa Blvd., Suite 230, Pleasant Hill, California 94523. On the date set forth below I served a true and correct copy(ies) of the following document(s):

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

upon all parties addressed as follows:

| | |
|---|---|
| Jane Doe<br>2269 Chestnut Street, #102<br>San Francisco, CA 94123 | Matthew Kumin, Esq.<br>L/O Matthew Kumin<br>870 Market Street, #1128<br>San Francisco, CA 94102 |

said service was effected as indicated below:

☐ HAND DELIVERY- I placed true and correct copies of the above-referenced document(s) in a sealed envelope, addressed to the above-named parties, and personally delivered them.

☐ FACSIMILE TRANSMISSION- I caused true and correct copies of the above-referenced document(s) to be delivered by electronic facsimile transmission.

☒ MAIL – I placed true and correct copies of the above-referenced document(s) in a sealed envelope, properly addressed to the above-named parties, with postage prepaid in a receptacle regularly maintained by the United States Post Office.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and was executed on December 10, 2007 at Pleasant Hill, California.

*/s/ Maggie Bedig*
Maggie Bedig