IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANE DOE,

    Plaintiff,

v.

CITY OF SAN MATEO,

    Defendant.

No. C 07-05596SI

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the motion to intervene and the motion to unseal document has been scheduled for argument on Friday, February 22, 2008, at 9:00 a.m.

The initial case management conference has been scheduled to occur on Friday, February 22, 2008, at 2:00 p.m. Please comply with the attached order when preparing for the conference.

Dated: January 4, 2008

RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk