1 | Jane Doe
2 | 2269 Chestnut Street #102
  | San Francisco, California 94123
3 | Telephone: (415) 875-9571
4 | In pro se

FILED

08 FEB -6 AM 10: 25

RICHARD W. WIEKING
CLERK, U S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6
7

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jane Doe | Case No. C 07-05596 SI |
| Plaintiff, | |
| vs. | **NOTICE OF CHANGE OF ADDRESS** |
| CITY OF SAN MATEO, et al., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

Please take notice that commencing February 7, 2008 the Plaintiff Jane Doe will have a new address as follows:

Jane Doe
1700 N Point #107
San Francisco, CA 94123

Dated: February 5, 2008

By: _____

Jane Doe, Plaintiff in pro se

*Jane Doe v. City of San Mateo et al.*
Notice of Change of Address