Jane Doe
2269 Chestnut Street #102
San Francisco, California 94123
Telephone: (415) 875-9571

In pro se

FILED
08 FEB -6 AM 10: 25
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jane Doe<br><br>     Plaintiff,<br><br>vs.<br><br>CITY OF SAN MATEO, et al.,<br><br>     Defendants. | Case No. C 07-05596 SI<br><br>**PLAINTIFF'S MOTION AND REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE DATE OF FEBRUARY 22, 2008.** |

Plaintiff herby respectfully requests and moves this court for an order continuing the initial case management conference date of February 22, 2008. The Plaintiff is in the process of retaining counsel and the complaint has not been served upon the defendants in the above-entitled action.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th Day of February 2008, in San Francisco, CA

By: _____
Jane Doe, Plaintiff in pro se

*Jane Doe v. City of San Mateo et al.*
Plaintiff's Motion and Request to Continue Initial Case Management Conference Date