1  Jane Doe
2  2269 Chestnut Street #102
   San Francisco, California 94123
3  Telephone: (415) 875-9571
4  In pro se

RECEIVED
FEB - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| Jane Doe | Case No. C 07-05596 SI |
|---|---|
| Plaintiff, | |
| vs. | [PROPOSED ORDER] CONTINUING INITIAL CASE MANAGEMENT CONFERENCE DATE |
| CITY OF SAN MATEO, et al., | |
| Defendants. | |

After having considered the moving papers, and good cause appearing therefore, IT IS HERBY ORDERED THAT:

The initial case management conference rescheduled to _____

Dated: _____           _____
                                  Hon. Susan Illston, United States District Judge

*Jane Doe v. City of San Mateo et al.*
[Proposed] Order Continuing Initial Case Management Conference Date