1  Jane Doe
2  2269 Chestnut Street #102
   San Francisco, California 94123
3  Telephone: (415) 875-9571
4  In pro se
5
6                UNITED STATES DISTRICT COURT
7                NORTHERN DISTRICT OF CALIFORNIA
8
9

10 | Jane Doe                          | Case No. C 07-05596 SI
11 |        Plaintiff,                 |
12 |    vs.                            | [PROPOSED ORDER] CONTINUING
13 |                                   | INITIAL CASE MANAGEMENT
14 | CITY OF SAN MATEO, et al.,        | CONFERENCE DATE
15 |                                   |
16 |        Defendants.                |
17

18
19     After having considered the moving papers, and good cause appearing therefore, IT IS
20  HERBY ORDERED THAT:
                                            May 22, 2008 @ 2:00 p.m.
21     The initial case management conference rescheduled to _____
22  _____
23
24                                          _____
    Dated: _____
25                                          Hon. Susan Illston, United States District Judge
26
27
28

*Jane Doe v. City of San Mateo et al.*
[Proposed] Order Continuing Initial Case Management Conference Date

**RECEIVED**
FEB - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA