1  Jane Doe
2  1700 N Point #107
   San Francisco, California 94123
3  Telephone: (415) 875-9571
4  In pro se

FILED
08 FEB 20 PM 1:37
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6            UNITED STATES DISTRICT COURT
7            NORTHERN DISTRICT OF CALIFORNIA

10  JANE DOE                           Case No. C 07-05596 SI
11         Plaintiff,
12      vs.
                                       CERTIFICATION OF INTERESTED
13                                     ENTITIES OR PERSONS PURSUANT
14  CITY OF SAN MATEO, et al.,         TO CIVIL LOCAL RULE 3-16
15
16         Defendants.

19  TO THE COURT CLERK AND ALL PARTIES OF THE RECORD:
20      Pursuant to Civil L.R 3-16, the undersigned certifies that of this date, other than the named
21  parties, there is no such interest to report.

23  1. Dated: February 18, 2008

26                                          By: _____
27                                          Jane Doe, Plaintiff in Pro Se

Jane Doe v. City of San Mateo et al.
Certification of Interested Entities or Persons
1