```
1  MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
   By: Kathryn E. Alberti, Deputy (SBN 172034)
2  Hall of Justice and Records
   400 County Center, 6th Floor
3  Redwood City, CA 94063
   Telephone: (650) 363-4647
4  Facsimile:  (650) 363-4034
   E-mail: kalberti@co.sanmateo.ca.us
5
   Attorneys for Defendants
6  COUNTY OF SAN MATEO, SAN MATEO
   COUNTY SHERIFF'S DEPARTMENT and
7  DON HORSLEY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | Case No. 07-5596 SI |
| Plaintiff, | **NOTICE OF REPRESENTATION** |
| vs. | |
| CITY OF SAN MATEO, et al., | |
| Defendants. | |

I, Kathryn E. Alberti, hereby respectfully request that I be recognized by the court as counsel of record for Defendants, COUNTY OF SAN MATEO, SAN MATEO COUNTY SHERIFF'S DEPARTMENT, AND DON HORSLEY, and receive electronic filing notifications in the above-captioned case.

Dated: May 2, 2008

MICHAEL P. MURPHY, COUNTY COUNSEL

By: _____
Kathryn E. Alberti, Deputy

Attorneys for Defendants
COUNTY OF SAN MATEO, SAN MATEO
COUNTY SHERIFF'S DEPARTMENT and
DON HORSLEY

## PROOF OF SERVICE

**Jane Doe v. City of San Mateo, et al. – U.S.D.C. Case No. 07-5596 SI**

I do hereby declare that I am a citizen of the United States employed in the County of San Mateo, over 18 years old and that my business address is 400 County Center, Redwood City, California. I am not a party to the within action.

On May 2, 2008, I served the following document(s):

**NOTICE OF REPRESENTATION**

on all other parties to this action by placing a true copy of said document(s) in a sealed envelope in the following manner:

[X] (BY U.S. MAIL) by placing a true copy of said document(s) in a sealed envelope(s) addressed as shown below for collection and mailing at Redwood City, California following our ordinary business practices. I am readily familiar with this office's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

[ ] (BY OVERNIGHT DELIVERY) by placing a true copy of said document(s) in a sealed envelope(s) addressed as shown below for collection and delivery by an overnight delivery carrier with delivery fees paid or provided for in accordance with this office's practice. I am readily familiar with this office's practice for processing correspondence for delivery the following day by an overnight delivery carrier.

[ ] (BY PERSONAL SERVICE) I caused such envelope(s) to be hand-delivered to the addressee(s) shown below. A proof of service signed by the authorized courier will be filed forthwith.

[X] (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

_____
ANNABELLE GAISER

**NAME AND ADDRESS OF EACH PERSON TO WHOM SERVICE WAS MADE**

Jane Doe                                 *In Pro Se*
1700 N Point #107
San Francisco, CA 94123