Jane Doe
1700 N Point #107
San Francisco, California 94123
Telephone: (415) 875-9571

In pro se

FILED
08 MAY -5 AM 11: 32
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jane Doe<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF SAN MATEO, et al.,<br><br>    Defendants. | Case No. C 07-05596 SI<br><br>**PROOF OF SERVICE BY MAIL**<br><br>**1) CASE MANAGEMENT CONFERENCE ORDER** / Conference held before the Honorable Susan Illston on May 22, 2008. |

*Jane Doe v. City of San Mateo et al. Case No. C 07-05596 SI*
Proof of Service

1

1  Thomas F. Casey
2  San Mateo County Counsel
3  400 County Center, 6th Floor
   Redwood City, CA 94063
4
5
6  said service was affected as indicated below:
7
   [x]   MAIL – I placed true and correct copies of the aboved referenced document(s) in a
8        sealed envelope, properly addressed to the above-named parties, with postage prepaid
         in a receptacle regularly maintained by the United States Post Office.
9
10
         I declare under penalty of perjury under the laws of the State of California that the
11
   foregoing is true and correct and was executed on, April 24, 2008 in San Francisco,
12
   California.
13
14                                             _____
15                                             Jane Doe, plaintiff in pro se
16
17
18
19
20
21
22
23
24
25
26
27
28

*Jane Doe v. City of San Mateo et al. Case No. C 07-05596 SI*
Proof of Service