IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANE DOE,

    Plaintiff,

v.

CITY OF SAN MATEO,

    Defendant.

No. C 07-05596SI

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT plaintiff's motion to amend first amended complaint has been continued to Friday, July 18, 2008, at 9:00 a.m.

Dated: May 6, 2008

RICHARD W. WIEKING, Clerk

*/s/ Tracy Sutton*

Tracy Sutton
Deputy Clerk