Jane Doe
1700 N Point
Sn Francisco CA 94123

Jane Doe
   v.
City of
San Mateo et al

Case No C07-055965 SI

**FILED**
JUN 17 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

I, Plaintiff Jane Doe, cannot find the original copy of the summons filed with the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of June 2008, in San Francisco, CA.

By: _____
Jane Doe, Plaintiff in pro se