AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

## Northern District of California

| | | |
|---|---|---|
| Jane Doe | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No.   C 07-05596 SI |
| City of San Mateo et al | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To:     Officer Joseph Yansuka #116/ San Mateo Police
            *(Defendant's name)*

A lawsuit has been filed against you.

        Within ~~30~~ 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    Jane Doe, plaintiff in pro se
    1700 N Piont #107
    San Francisco CA, 94123

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date:     **1 7 JUN 2008**

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*