Jane Doe
1700 N Point #107
San Francisco, California 94123
Telephone: (415) 875-9571

In pro se

FILED
08 JUN 17 PM 2: 58
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Jane Doe | Case No. C 07-05596 SI |
|---|---|
| Plaintiff, | |
| vs. | **PLAINTIFF'S NOTICE OF WITHDRAWL AND WITHDRAWL OF MOTION TO AMEND FIRST AMENDED COMPLAINT** |
| CITY OF SAN MATEO, et al., | |
| Defendants. | **Judge:** Hon. Susan Illston<br>**Date:** July 18, 2008<br>**Time:** 9:00 am<br>**Dept:** 10, 19th Fl |

**TO THE CLERK OF THIS COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiff, Jane Doe, hereby withdraws her *Motion to Amend First Amended Complaint* in the above-entitled matter filed with the court on May, 5, 2008.

Dated: June 16, 2008                        Respectfully submitted,

                                            By: _____
                                            Jane Doe, plaintiff in *pro se*

*Jane Doe v. City of San Mateo et al.*
Notice of Withdrawal and Withdrawal of Motion to Amend First Amended Complaint