1  Jane Doe
   1700 N Point #107
2  San Francisco, California 94123
   Telephone: (415) 875-9571
3
   In pro se
4

5

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8

9

10 | Jane Doe                         | Case No. C 07-05596 SI
11 |    Plaintiff,                    |
12 | vs.                              | NOTICE OF RELATED CASES
13 |                                  |
14 | CITY OF SAN MATEO, et al.,       | Judge: Hon. Susan Illston
15 |                                  |
16 |    Defendants.                   |
17

18

19     **TO THE CLERK OF THIS COURT AND TO ALL PARTIES AND THEIR**

20 **COUNSEL OF RECORD:**

21     **PLEASE TAKE NOTICE** that, pursuant to Local Rule 40.1 (e), the above-captioned

22 case ("*Jane Doe v. City of San Mateo et al*") is related to *Jane Doe v. County of San Mateo et al.*

23 C.D. Cal Case No. C 08-02541 EMC

24     Local Rule 40.1 (f) defines as related action as multiple proceedings on file in this or any

25 federal court which:

26     Involve some of the same parties and are based on the same or similar claims, or

27     Involve the same property, transaction, or event, or

28     Involve substantially the same facts and the same question of law.

*Jane Doe v. City of San Mateo et al.*
Notice of Related Case

1     This case is related to C 08-02541 EMC for each of the following reasons: Theses actions involve the "same parties" and are based on similar claims. Specifically, theses actions involve constitutional violations and denial of equal protection claims based on the same event by the same and similar parties. For the same reason, theses cases involve the same facts and the same questions of law.

    Given that theses cases involve the same defendants, challenge the same or similar activities, rely on the same or similar evidence, and require analysis under the same statutes and other legal authorities, there would be a "substantial duplication of labor" if they were heard by different judges. Simply put, it would be a waste of judicial resources and would likely to unduly delay and detract from efficient determination of the action to have this case heard by a different Judge than Judge Illston who is presiding over *Jane Doe v. City of San Mateo et. al.*

Dated: June 16, 2008

Respectfully submitted,

By: _____

Jane Doe, plaintiff in pro se

*Jane Doe v. City of San Mateo et al.*
Notice of Related Case