1  MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
   By: Kathryn E. Alberti, Deputy (SBN 172034)
2  Hall of Justice and Records
   400 County Center, 6th Floor
3  Redwood City, CA  94063
   Telephone: (650) 363-4647
4  Facsimile:  (650) 363-4034
   E-mail:  kalberti@co.sanmateo.ca.us

Attorneys for Defendants
COUNTY OF SAN MATEO, SAN MATEO
COUNTY SHERIFF'S DEPARTMENT and
DON HORSLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JANE DOE, | Case No. 07-5596 SI |
|---|---|
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | Re: Notice of Motion and Motion to Dismiss Pursuant to Rules 12(B)(5), 12(B)(6), and 12 (E) of the Federal Rules of Civil Procedure |
| CITY OF SAN MATEO, et al., | |
| Defendants. | |

# PROOF OF SERVICE

**Jane Doe v. City of San Mateo, et al. – U.S.D.C. Case No. 07-5596 SI**

I do hereby declare that I am a citizen of the United States employed in the County of San Mateo, over 18 years old and that my business address is 400 County Center, Redwood City, California. I am not a party to the within action.

On June 23, 2008, I served the following document(s):

**NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO RULES 12(B)(5), 12(B)(6), AND 12(E) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

on all other parties to this action by placing a true copy of said document(s) in a sealed envelope in the following manner:

[X] **(BY U.S. MAIL)** by placing a true copy of said document(s) in a sealed envelope(s) addressed as shown below for collection and mailing at Redwood City, California following our ordinary business practices. I am readily familiar with this office's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

[ ] **(BY OVERNIGHT DELIVERY)** by placing a true copy of said document(s) in a sealed envelope(s) addressed as shown below for collection and delivery by an overnight delivery carrier with delivery fees paid or provided for in accordance with this office's practice. I am readily familiar with this office's practice for processing correspondence for delivery the following day by an overnight delivery carrier.

[ ] **(BY FACSIMILE TRANSMISSION)** by telefaxing a true copy of said document(s) at ____, __m. on the date stated above to the addressee(s) and number(s) shown below. A transmission report was properly issued by the transmitting facsimile machine and is attached hereto. The transmission was reported as completed and without error.

[ ] **(BY PERSONAL SERVICE)** I caused such envelope(s) to be hand-delivered to the addressee(s) shown below. A proof of service signed by the authorized courier will be filed forthwith.

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

_____
ANNABELLE GAISER

**NAME AND ADDRESS OF EACH PERSON TO WHOM SERVICE WAS MADE**

See Attached Service List.

## SERVICE LIST

| | |
|---|---|
| Jane Doe<br>1700 N Point #107<br>San Francisco, CA 94123 | *In Pro Se* |
| Richard North<br>San Jose City Attorney's Office<br>200 East Santa Clara Street, 16th Floor<br>San Jose, CA 95113 | *Attorneys for the City of San Jose* |
| David King<br>Carr, McClellan, et al.<br>P.O. Box 513<br>Burlingame, CA 94011-0513 | *Attorneys for the City of San Mateo* |
| Harry S. Stern<br>Rains, Lucia & Wilkinson LLP<br>2300 Contra Costa Boulevard, Suite 230<br>Pleasant Hill, CA 94523 | *Attorneys for James Mason* |

PROOF OF SERVICE