1  Jane Doe
   1700 N Point #107
2  San Francisco, California 94123
   Telephone: (415) 875-9571
3
4  In pro se

5

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8

9

10 | **Jane Doe**                        | **Case No.  C 07-05596 SI**

11 |        **Plaintiff,**

12 |        **vs.**                       | **[PROPOSED ORDER] GRANTING
                                            PLAINTIFF'S EX PARTE MOTION
13 |                                        TO SEAL RECORDS**
14 | **CITY OF SAN MATEO, et al.,**

15

16 |        **Defendants.**

17

18

19         After having considered the moving papers, and good cause appearing therefore, IT IS

20  HERBY ORDERED THAT:

21         1. San Mateo County's Motion to Dismiss, filed with this court on June 20, 2008, shall be

22  filed under seal along with this motion in accordance to Civil L.R. 79-5.

23         2. The Plaintiff's home address and contact information shall be sealed from all publicly

24  filed court documents.

25

26  Dated: _____        _____

27                                          Hon. Susan Illston, United States District Judge

28

*Jane Doe v. City of San Mateo et al.*
[Proposed] Order Granting Plaintiff's Motion to Seal Records