Jane Doe
1700 N Point #107
San Francisco, California 94123
Telephone: (415) 875-9571

In pro se

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Jane Doe

    Plaintiff,

vs.

CITY OF SAN MATEO, et al.,

    Defendants.

Case No. C 07-05596 SI

[PROPOSED ORDER] GRANTING PLAINTIFF'S EX PARTE MOTION TO SEAL RECORDS

After having considered the moving papers, and good cause appearing therefore, IT IS HERBY ORDERED THAT:

1. San Mateo County's Motion to Dismiss, filed with this court on June 20, 2008, shall be filed under seal along with this motion in accordance to Civil L.R. 79-5.

2. The Plaintiff's home address and contact information shall be sealed from all publicly filed court documents.

Dated: 6/23/08

_____
Hon. Susan Illston, United States District Judge