**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANE DOE,

      Plaintiff,

v.

CITY OF SAN MATEO,

      Defendant.

No. C 07-05596SI
**and C-08-2541 SI**

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference in both cases will be heard on Friday, October 3, 2008, at 2:00 p.m. Please comply with the attached order when preparing for the conference.

Plaintiff is directed to serve copies of this notice on all parties not appearing on the docket sheet.

Dated: July 2, 2008

RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk