AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

**FILED**

JUL 0 1 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| Jane Doe | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No.  C 07-05596 SI |
| City of San Mateo et al | ) |
| Defendant | ) |

**Summons in a Civil Action**

To:   Officer Joseph Yansuka #116/ San Mateo Police
     *(Defendant's name)*

A lawsuit has been filed against you.

Within ~~30~~ 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Jane Doe, plaintiff in pro se
1700 N Piont #107
San Francisco CA, 94123

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: 1 7 JUN 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Jane Doe Plaintiff in pro se<br>1700 N Point #107<br>San Francisco CA 94123 | 415-875-9571 | |
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>00235221-02 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
**UNITED STATES DISTRICT COURT,**

SHORT NAME OF CASE
DOE vs. CITY OF SAN MATEO

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 07-05596 SI |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
SUMMONS; FIRST AMENDED COMPLAINT; NOTICE OF RELATED CASE(S); STANDING ORDER; ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE; NOTICE OF WITHDRAWL; CASE MANAGEMENT CONFERENCE ORDER; REASSIGNMENT ORDER; NOTICE OF RULE DISCONTINUING SERVICE BY MAIL;

Name: OFFICER JOSEPH YANSUKA #116 / SAN MATEO POLICE

Person Served: NANCY FONTANA
Title: AUTHORIZED TO ACCEPT SERVICE

Date of Delivery: June 19, 2008    HDATE:
Time of Delivery: 11:00 am

Place of Service: 330 W 20TH AVENUE
SAN MATEO, CA 94403                              (Business)

Manner of Service:    Personal Service - By Personally Delivering copies to the person on whom the service is required.

Fee for service:

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)
[X] Registered: San Francisco County,
Number: 2007-0001040
Expiration Date: 12/04/2009
PREFERRED LEGAL SERVICES, INC.
210 Fell Street, #19
San Francisco, CA 94102
(415) 882-2250

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
on: June 19, 2008
at: San Francisco, California.

Signature:
Name: FREDERICK GURR
Title: