David M. King, Esq. (Bar No. 95279)
Jeremy A. Burns, Esq. (Bar No. 239917)
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California 94011-0513
Telephone: (650) 342-9600
Facsimile: (650) 342-7685

Attorneys for Defendants
City of San Mateo, Susan E. Manheimer, and
Officer Joseph Yanuska, Officer Shandon Murphy

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jane Doe,<br><br>        Plaintiff,<br><br>vs.<br><br>City of San Mateo, et al.,<br><br>        Defendants. | No. 07-5596 SI<br><br>**DEFENDANTS' REQUEST TO FILE MOTION TO DISMISS, REQUEST FOR JUDICIAL NOTICE, AND [PROPOSED] ORDER UNDER SEAL** |

Defendants' respectfully request that the Court seal the accompanying Motion to Dismiss, Request for Judicial Notice, and [Proposed] Order re Motion to Dismiss. Plaintiff has filed her action as "Jane Doe" and Defendants wish to protect her anonymity.

Redaction alone, pursuant to Local Rule 79-5(c), would not sufficiently protect the confidentiality "Jane Doe".

Dated: July 9, 2008    CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation

By: _____
David M. King
Attorneys for Defendants
City of San Mateo, Susan E. Manheimer, and
Officer Joseph Yanuska, Officer Shandon Murphy

**PROOF OF SERVICE**

I am employed by the law firm of Carr, McClellan, Ingersoll, Thompson & Horn Professional Law Corporation in the County of San Mateo, California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 216 Park Road, P.O. Box 513, Burlingame, California 94011-0513.

I certify that the original papers filed with the Court and all copies of papers, documents, and exhibits, whether filed with the Court or served on other parties, are prepared on recycled paper.

On the date set forth below I served the within:

- **DEFENDANTS' REQUEST TO FILE MOTION TO DISMISS, REQUEST FOR JUDICIAL NOTICE, AND [PROPOSED] ORDER UNDER SEAL**

on the parties in this action, by placing a true copy thereof in a sealed envelope addressed as follows:

> Jane Doe
> 1700 N. Point, Unit 107
> San Francisco, CA  94123

[X] **By placing in office mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Burlingame, California.

[ ] **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: **July 9, 2008**

_____
Lori J. Stumpf