```
 1  Jeremy A. Burns, Esq. (Bar No. 239917)
    David M. King, Esq. (Bar No. 95279)
 2  CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
    Professional Law Corporation
 3  216 Park Road
    P.O. Box 513
 4  Burlingame, California  94011-0513
    Telephone:   (650) 342-9600
 5  Facsimile:   (650) 342-7685

 6  Attorneys for Defendants
    City of San Mateo, Susan E. Manheimer, and
 7  Officer Joseph Yanuska, Officer Shandon Murphy
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| Jane Doe, | No. C 07-05596 SI |
|---|---|
| Plaintiff, | [PROPOSED] ORDER RE MOTION TO FILE UNDER SEAL: |
| vs. | (1) MOTION TO DISMISS UNDER SEAL; |
| City of San Mateo, et al. | (2) REQUEST FOR JUDICIAL NOTICE; |
| Defendants. | (3) [PROPOSED] RE MOTION TO DISMISS |

Before the Court are a Motion to Dismiss, Request for Judicial Notice, and [Proposed] Order re Motion to Dismiss. After careful consideration of all papers filed in support of the Motion to Dismiss, and the complete records on file in this action, it is the Court's opinion that the Motion to Dismiss be filed under seal be granted.

Accordingly, it is hereby ORDERED that the Motion to Dismiss be filed under seal is GRANTED.

**IT IS SO ORDERED:**

DATED:_____     _____
                                   The Honorable Susan Illston
                                   United States District Court Judge

# PROOF OF SERVICE

I am employed by the law firm of Carr, McClellan, Ingersoll, Thompson & Horn Professional Law Corporation in the County of San Mateo, California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 216 Park Road, P.O. Box 513, Burlingame, California 94011-0513.

I certify that the original papers filed with the Court and all copies of papers, documents, and exhibits, whether filed with the Court or served on other parties, are prepared on recycled paper.

On the date set forth below I served the within:

- [PROPOSED] ORDER RE MOTION TO FILE UNDER SEAL: (1) MOTION TO DISMISS UNDER SEAL; (2) REQUEST FOR JUDICIAL NOTICE; (3) [PROPOSED] RE MOTION TO DISMISS

on the parties in this action, by placing a true copy thereof in a sealed envelope addressed as follows:

Jane Doe
1700 N. Point, Unit 107
San Francisco, CA 94123

[X] **By placing in office mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Burlingame, California.

[ ] **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: **July 9, 2008**

Lori J. Stumpf