IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANE DOE,            No. C 07-05596SI

    Plaintiff,            **NOTICE**

v.

CITY OF SAN MATEO,

    Defendant.

To All Parties:

YOU ARE HEREBY NOTIFIED THAT defendant's motion to dismiss has been continued to Monday, September 22, 2008, at 9:00 a.m.

Dated: July 10, 2008            RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk