1  David M. King, Esq. (Bar No. 95279)
   Jeremy A. Burns, Esq. (Bar No. 239917)
2  CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
   Professional Law Corporation
3  216 Park Road
   P.O. Box 513
4  Burlingame, California  94011-0513
   Telephone:   (650) 342-9600
5  Facsimile:   (650) 342-7685

6  Attorneys for Defendants
   City of San Mateo, Susan E. Manheimer, and
7  Officer Joseph Yanuska, Officer Shandon Murphy

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11 Jane Doe,                              No. 07-5596 SI

12            Plaintiff,                  **DEFENDANTS' REQUEST TO FILE
                                          MOTION TO DISMISS, REQUEST FOR
13     vs.                                JUDICIAL NOTICE, AND [PROPOSED]
                                          ORDER UNDER SEAL**
14 City of San Mateo, et al.,

15            Defendants.

16

17      Defendants' respectfully request that the Court seal the accompanying Motion to

18 Dismiss, Request for Judicial Notice, and [Proposed] Order re Motion to Dismiss. Plaintiff has

19 filed her action as "Jane Doe" and Defendants wish to protect her anonymity.

20      Redaction alone, pursuant to Local Rule 79-5(c), would not sufficiently protect the

21 confidentiality "Jane Doe".

22 Dated: July 9, 2008          CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
                                Professional Law Corporation
23
24
                                By: _____
25                                          David M. King
                                      Attorneys for Defendants
26                              City of San Mateo, Susan E. Manheimer, and
                                Officer Joseph Yanuska, Officer Shandon Murphy
27

28

BGLIB1\1373754.1                            1                            No. C 07-05189 MMC
                                  Defendants' Request for file Motion to Dismiss under Seal

# PROOF OF SERVICE

I am employed by the law firm of Carr, McClellan, Ingersoll, Thompson & Horn Professional Law Corporation in the County of San Mateo, California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 216 Park Road, P.O. Box 513, Burlingame, California 94011-0513.

I certify that the original papers filed with the Court and all copies of papers, documents, and exhibits, whether filed with the Court or served on other parties, are prepared on recycled paper.

On the date set forth below I served the within:

- **DEFENDANTS' REQUEST TO FILE MOTION TO DISMISS, REQUEST FOR JUDICIAL NOTICE, AND [PROPOSED] ORDER UNDER SEAL**

on the parties in this action, by placing a true copy thereof in a sealed envelope addressed as follows:

> Jane Doe
> 1700 N. Point, Unit 107
> San Francisco, CA  94123

[x] **By placing in office mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Burlingame, California.

[ ] **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: **July 9, 2008**

_____
Lori J. Stumpf



BGLIB1\1373887.1

PROOF OF SERVICE