**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANE DOE,

        Plaintiff,

v.

CITY OF SAN MATEO,

        Defendant.

                                           /

No. C 07-05596SI

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT all motions to dismiss shall be heard on October 3, 2008, at 9:00 a.m.

Dated: July 11, 2008

RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk