RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
MICHAEL DODSON, Sr. Deputy City Attorney (#159743)
RICHARD D. NORTH, Deputy City Attorney (#225617)
Office of the City Attorney
200 East Santa Clara Street
San Jose, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for CITY OF SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF SAN MATEO, et al.,<br><br>  Defendants. | Case Number: C07-05596 SI<br><br>**[PROPOSED] ORDER GRANTING CITY OF SAN JOSE'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>Date:        October 3, 2008<br>Time:        9:00 a.m.<br>Courtroom:   10<br>Judge:       Hon. Susan Illston |

The hearing on the Motion to Dismiss of defendant CITY OF SAN JOSE ("City") to the first amended complaint ("FAC") of plaintiff JANE DOE ("Plaintiff") was heard in Courtroom 10 of this Court on October 3, 2008, and having read and considered the Motion, the memoranda of points and authorities in support thereof, and having heard oral argument by the parties,

**IT IS ORDERED THAT:**

1. The City's Motion to Dismiss is GRANTED for failure to state a claim against the City under 42 U.S.C. § 1983 upon which relief can be granted; and

2. The City's Motion to Dismiss is GRANTED for failure to state a claim against the City under 42 U.S.C. § 1985 upon which relief can be granted; and

1

**[PROPOSED] ORDER GRANTING CITY OF SAN JOSE'S MOTION**        C07-05596 SI
**TO DISMISS THE FIRST AMENDED COMPLAINT**                     495833.doc

3.   Leave to amend is denied.

DATED: _____

HON. SUSAN ILLSTON
JUDGE OF THE DISTRICT COURT