1  Jane Doe
   1700 N Point #107
2  San Francisco, CA 94123
   (415) 875-9571
3

FILED
08 AUG 15 PM 2:02
[CLERK U.S. DISTRICT COURT]
[NORTHERN DISTRICT OF CALIFORNIA]

5               UNITED STATED DISTRICT COURT

6               NORTHER DISTRICT OF CALIFORNIA

9  Jane Doe                          | No.  C07-05596-SI
10         Plaintiff,                 | PROOF OF SERVICE BY MAIL
11     vs.                            |
12                                    | 1. Notice of Case Management
13  City of San Mateo et al.          |    Conference Case No. C07-05596SI
14         Defendants.                |    and C 08-2541SI
15                                    | 2. Related Case Order Case No.  C07-
                                      |    05596SI and  C 08-2541SI

*Jane Doe v. City of San Mateo et al* Case No. C 07-05596 SI

**Proof of Service**

**PROOF OF SERVICE**

*Jane Doe v. City of San Mateo et al. Case No. C 07-05596 SI*

I, Nichole Benton, am a citizen of the United States, and am over 18 years of age. I am not a registered California process server and am not a party to the above-entitled action. My business address is 1332 Alabama Street, san Francisco, CA 94110. On the date stated below, I served a true and correct copy (ies) of the following document(s):

1. Notice of Case Management Conference Case No. C07-05596SI and C 08-2541SI
2. Related Case Order Case No. C07-05596SI and C 08-2541SI

On all parties to this action by placing a true copy of said document(s) in a sealed envelope in the following manner:

[x]   MAIL – I placed true and correct copies of the aboved referenced document(s) in a sealed envelope, properly addressed to the above-named parties, with postage prepaid in a receptacle regularly maintained by the United States Post Office.

**NAME AND ADDRESS OF EACH PERSON TO WHOM SERVICE WAS MADE**

Richard North
Office of the City Attorney
200 East Santa Clara Street
San Jose CA 95113

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and was executed on, August 13, 2008 in San Francisco, California.

_____
Nichole Benton

*Jane Doe v. County of San Mateo et al. Case No. C 07-05596 SI*
Proof of Service                                                                                                                  1