1  Jeremy A. Burns, Esq. (Bar No. 239917)
   David M. King, Esq. (Bar No. 95279)
2  CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
   Professional Law Corporation
3  216 Park Road
   P.O. Box 513
4  Burlingame, California 94011-0513
   Telephone:  (650) 342-9600
5  Facsimile:  (650) 342-7685

6  Attorneys for Defendants
   City of San Mateo, Susan E. Manheimer, and
7  Officer Joseph Yanuska, Officer Shandon Murphy

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 Jane Doe,                              No. C 07-05596 SI

12         Plaintiff,                     [PROPOSED] ORDER GRANTING
                                          REQUEST FOR FILE SUPPLEMENTAL
13     vs.                                DECLARATION OF JEREMY A. BURNS
                                          IN SUPPORT OF DEFENDANTS'
14 City of San Mateo, et al.              MOTION TO DISMISS UNDER SEAL

15         Defendants.

16

17         Before the Court a Supplemental Declaration of Jeremy A. Burns in Support of

18 Defendants' Motion to Dismiss. After careful consideration of the complete records on file in

19 this action, it is the Court's opinion that the Declaration of Jeremy A. Burns in Support of

20 Motion to Dismiss be filed under seal be granted.

21         Accordingly, it is hereby ORDERED that the Supplemental Declaration of Jeremy A.

22 Burns in Support of Motion to Dismiss be filed under seal is GRANTED.

23         **IT IS SO ORDERED:**

24 DATED:_____     _____

25                                    The Honorable Susan Illston
                                      United States District Court Judge
26

27

28

## PROOF OF SERVICE

I am employed by the law firm of Carr, McClellan, Ingersoll, Thompson & Horn Professional Law Corporation in the County of San Mateo, California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 216 Park Road, P.O. Box 513, Burlingame, California 94011-0513.

I certify that the original papers filed with the Court and all copies of papers, documents, and exhibits, whether filed with the Court or served on other parties, are prepared on recycled paper.

On the date set forth below I served the within:

- **[PROPOSED] ORDER GRANTING REQUEST TO FILE SUPPLEMENTAL DECLARATION OF JEREMY A. BURNS IN SUPPORT OF MOTION TO DISMISS UNDER SEAL MOTION TO DISMISS;**

on the parties in this action, by placing a true copy thereof in a sealed envelope addressed as follows:

Jane Doe
1700 N. Point, Unit 107
San Francisco, CA 94123

Kathryn E. Alberti, Esq.
DA San Mateo County 400 County Center, 4th Floor
Redwood City, CA 94063

Harry S. Stern, Esq.
Rains Lucia & Wilkinson LLP
2300 Contra Costa Blvd., Ste 230
Pleasant Hill, CA 94523

Michael Dodson, Esq.
Office of the City Attorney
200 East Santa Clara Street
San Jose, CA 95113-1905

[X] **By placing in office mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Burlingame, California.

[ ] **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: August 29, 2008

_____
Lori J. Stumpf

BGLIB1\1373887.1

PROOF OF SERVICE