1  Jane Doe
   1700 N Point #107
2  San Francisco, California 94123
   Telephone: (415) 875-9571
3
4  In pro se



5              UNITED STATES DISTRICT COURT

6              NORTHERN DISTRICT OF CALIFORNIA

7

8                                          Case No. C 08-02541 SI

9  Jane Doe                                (Related to C07-05596 SI)

10         Plaintiff,                      PLAINTIFF'S MOTION AND REQUEST
                                           FOR AN EXTENSION TO OPPOSE THE
11     vs.                                 PENDING MOTION TO DISMISS IN
                                           THIS ACTION AND MOTION TO
12                                         CONTINUE INITIAL CASE
13 COUNTY OF SAN MATEO, et al.,            MANAGEMENT CONFERENCE DATE
                                           OF OCTOBER 3, 2008.
14         Defendants.
15

16

17     Plaintiff herby respectfully requests and moves this court for an order extending the

18 Plaintiff's deadline of September 12, 2008 to oppose the pending motion to dismiss in this action.

19     Plaintiff further requests and moves this court for an order continuing the initial case

20 management conference date of October 3, 2008 in this case.

21     There have been no other continuances in this case.

22     None of the Defendants in this action have accepted service of summons.

23     On August 13, 200, all 17 of the Defendants in this action were mail served a copy of the

24 complaint along with a waiver of service of summons. Defendant's, however, are refusing to

25 comply with FRCP 4, thereby subjecting the Plaintiff in *pro se* to the unnecessary time and

26 expense of formal service of summons.

27     Defendants will not be prejudiced because they have been put on notice of this action.

28

*Jane Doe v. County of San Mateo et al.*
Plaintiff's Motion and Request for an Extension to oppose the Pending Motion to Dismiss in this action and Motion to
Continue Initial Case Management Conference Date of October 3, 2008

1  I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th
2  Day of September 2008, in San Francisco, CA
3                                                              By: _____
4                                                              Jane Doe, plaintiff in *pro se*

*Jane Doe v. County of San Mateo et al.*
Plaintiff's Motion and Request for an Extension to oppose the Pending Motion to Dismiss in this action and Motion to Continue Initial Case Management Conference Date of October 3, 2008