Jane Doe
1700 N Point #107
San Francisco, California 94123
Telephone: (415) 875-9571

In pro se

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jane Doe<br><br>**Plaintiff,**<br><br>vs.<br><br>CITY OF SAN MATEO, et al.,<br><br>**Defendants.** | Case No. C 08-02541 SI<br><br>**[PROPOSED ORDER] EXTENDING TIME TO OPPOSE PENDING MOTION TO DISMISS AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE DATE OF OCTOBER 3, 2008** |

After having considered the moving papers, and good cause appearing therefore, IT IS HERBY ORDERED THAT:

1. The Plaintiff's time to respond to the pending motion to dismiss has been extended to:

    October 3, 2008, reply due October 10, 2008

2. The initial case management conference is rescheduled to: and the motion to dismiss is continued to

    October 31, 2008 at 9:00 a.m.

Dated: _____

Wm. Alsup for
_____
Hon. Susan Illston, United States District Judge

*Jane Doe v. County of San Mateo et al.*
[Proposed] Order Extending Time to Oppose Motion to Dismiss and Continuing Initial Case Management Conference Date