1  Jane Doe
2  1700 N Point #107
   San Francisco, California 94123
3  Telephone: (415) 875-9571
4  In pro se
5
6              UNITED STATES DISTRICT COURT
7              NORTHERN DISTRICT OF CALIFORNIA
8
9
10 Jane Doe                              Case No. C 08-02541 SI
11         Plaintiff,                    (Related to C07-05596)
12    vs.                                [PROPOSED ORDER] EXTENDING TIME
13                                       TO SERVE DEFENDANTS, EXTENDING
   COUNTY OF SAN MATEO, et al.,          TIME TO OPPOSE PENDING MOTION
14                                       TO DISMISS, AND CONTINUING
15                                       INITIAL CASE MANAGEMENT
           Defendants.                   CONFERENCE DATE OF OCTOBER 3, 2008
16
17
18
19     After having considered the moving papers, and good cause appearing therefore, IT IS
20 HERBY ORDERED THAT:
21     1. Plaintiff's time to Serve Defendants has been extended to:
22
23        10/3/08
24
25     2. The initial case management conference is rescheduled to:
26
27        [crossed out]
28

*Jane Doe v. County of San Mateo et al.*
[Proposed] Order Extending Time to Oppose Motion to Dismiss and Continuing Initial Case Management
Conference Date

3. The Plaintiff's time to respond to the pending motion to dismiss has been extended to:

~~_____~~

Dated: _____          _____
                                 Hon. Susan Illston, United States District Judge

                                 9-11-08

Jane Doe v. County of San Mateo et al.
[Proposed] Order Extending Time to Oppose Motion to Dismiss and Continuing Initial Case Management Conference Date