Jeremy A. Burns, Esq. (Bar No. 239917)
David M. King, Esq. (Bar No. 95279)
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California 94011-0513
Telephone: (650) 342-9600
Facsimile: (650) 342-7685

Attorneys for Defendants
City of San Mateo, Susan E. Manheimer, and
Officer Joseph Yanuska, Officer Shandon Murphy

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jane Doe,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>City of San Mateo, et al.<br><br>　　　　　Defendants. | No. C 07-05596 SI<br><br>**[PROPOSED] ORDER GRANTING SAN MATEO'S REQUEST TO SEAL REQUEST FOR JUDICIAL NOTICE** |

　　　　Before the Court is Defendants' Request to Seal Request for Judicial Notice. After careful consideration of the complete records on file in this action, it is the Court's opinion that the Request to Seal Request for Judicial Notice should be granted.

　　　　Accordingly, it is hereby ORDERED that the Request to Seal Request for Judicial Notice is GRANTED.

　　　　**IT IS SO ORDERED:**

DATED:_____

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Susan Illston*
　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Susan Illston
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge