Jane Doe
1700 N Point #107
San Francisco, California 94123
Telephone: (415) 875-9571

In pro se

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jane Doe<br><br>      Plaintiff,<br><br>vs.<br><br>CITY OF SAN MATEO, et al.,<br><br>      Defendants. | Case No. C 07-05596 SI<br><br>(Related to C08-02541SI)<br><br>(PLEASE FILE UNDER BOTH CASE NUMBERS)<br><br>[PROPOSED ORDER] GRANTING PLAINTIFF'S EX PARTE MOTION TO E-FILE |

After having considered the moving papers, and good cause appearing therefore, IT IS HERBY ORDERED THAT:

1.) Plaintiff's request to e-file

    IS GRANTED.

Dated: _____     _____
                                                      Hon. Susan Illston, United States District Judge

*Jane Doe v. City of San Mateo et al.*
[Proposed] Order