IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANE DOE,

        Plaintiff,

  v.

CITY OF SAN MATEO *et al.*,

        Defendants.
                              /

No. C 07-05596 SI
No. C 08-02541 SI

**ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER**

       Plaintiff has filed numerous motions for protective orders. Having considered plaintiff's papers, and for good cause shown, the Court GRANTS IN PART plaintiff's motion. [Docket No. 92, 07-5596]

       The Court orders the following documents to be filed under an administrative request to seal in accordance with Civil L.R. 79-5:

       1)     All documents and information containing plaintiff's true name.

       2)     All documents and information that reveal plaintiff's home address, phone number and other contact information.

       3)     All documents and information that reveal plaintiff's date of birth, social security number, financial and medical information.

       The Court finds that plaintiff's request that certain documents be opened only by Court order is not warranted in this case. If the parties so request, the Court will issue the Northern District of California's standard protective order.

       Defendants should inform the Court by letter brief if this Order poses problems for their litigation of this case.

**IT IS SO ORDERED.**

Dated: 10/22/08

_____
SUSAN ILLSTON
United States District Judge