**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANE DOE,

        Plaintiff,

  v.

CITY OF SAN MATEO *et al.*,

        Defendants.

               /

No. C 07-05596 SI
No. C 08-02541 SI

**ORDER GRANTING PLAINTIFF'S MOTION TO SEAL**

    Plaintiff has filed a motion to file under seal exhibits A-K submitted with her motion for declaratory judgment. [Docket No. 114] Plaintiff's motion is GRANTED.

**IT IS SO ORDERED.**

Dated: October 28, 2006

                                                  SUSAN ILLSTON
                                                  United States District Judge