IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SAN MATEO *et al.*,<br><br>　　　　Defendants.　　　　　　　／ | No. C 07-05596 SI<br>No. C 08-02541 SI<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO SEAL** |

　　Plaintiff has filed a motion to file under seal exhibits A-K submitted with her motion for declaratory judgment. [Docket No. 114] Plaintiff's motion is GRANTED.

**IT IS SO ORDERED.**

Dated: October 28, 2006

　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge