IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | No. C 07-05596 SI |
| Plaintiff, | No. C 08-02541 SI |
| v. | **ORDER GRANTING PLAINTIFF EXTENSION TO FILE AND SERVE AMENDED COMPLAINT** |
| CITY OF SAN MATEO, *et al.*, | |
| Defendant. | |

On November 5, 2008, plaintiff filed a motion for an extension of time to file and serve an amended complaint in Case No. 07-5596. [Docket No. 127] The deadline for plaintiff to file and serve her amended complaint was previously set at November 18, 2008. The Court GRANTS plaintiff's motion for an extension. The Court will set a new deadline for plaintiff's amended complaint when it rules on the pending motions to dismiss plaintiff's complaint in Case No. C 08-02541, which are calendared for December 19, 2008.

**IT IS SO ORDERED.**

Dated: November 11, 2008

SUSAN ILLSTON
United States District Judge