IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>          Plaintiff,<br><br>   v.<br><br>COUNTY OF SAN MATEO, *et al.*,<br><br>          Defendants.<br>_____/ | No. C 08-02541 SI<br>No. C 07-05596 SI<br><br>**ORDER RE: PLAINTIFF'S MOTION TO SEAL [Docket No. 119]** |

On December 5, 2008, Katheryn Albertie filed a declaration in support of the County of San Mateo's reply brief in support of its motion to dismiss plaintiff Jane Doe's complaint. [Docket No. 112] The declaration contains several documents relating to plaintiff. While it appears that much of the information pertaining to plaintiff's personal information has been redacted from these documents, a few references to her identity, including her name, date of birth, and her picture from the San Mateo County Sheriff's criminal records, remain unredacted.

On December 8, 2008, plaintiff filed a motion to place the County of San Mateo's reply brief under seal. [Docket No. 119] The Court grants plaintiff's motion to the extent she requests that Katheryn Albertie's declaration be placed under seal pursuant to the protective order entered on October 22, 2008 [Docket No. 64]. Accordingly, the Court orders that the declaration of Katherine Albertie, filed as attachment 1 to the County of San Mateo's reply brief [Docket No. 112], be removed from the public docket and filed under seal. Plaintiff's motion for sanctions is denied.

**IT IS SO ORDERED.**

Dated:

SUSAN ILLSTON
United States District Judge

2