IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | No. C 08-02541 SI |
| Plaintiff, | Related Case:<br>No. C 07-5596 |
| v. | **ORDER GRANTING PLAINTIFF'S MOTION TO VACATE** |
| COUNTY OF SAN MATEO, *et al.*, | |
| Defendants. / | |

Plaintiff has filed motions to vacate her motion for reconsideration and declaratory judgment. Plaintiff's motions to vacate [Case No. 08-2541, Dockets Nos. 116, 117; Case No. 07-5596, Dockets Nos. 149, 150] are GRANTED. Plaintiff's motion for reconsideration and declaratory judgment [Case No. 08-2541, Docket No. 89; Case No. 07-5596, Docket No. 125] is VACATED.

**IT IS SO ORDERED.**

Dated: 12/16/08

SUSAN ILLSTON
United States District Judge