IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>  v.<br><br>COUNTY OF SAN MATEO, *et al.*,<br><br>        Defendants.<br>                                         / | No. C 08-2541 SI<br>No. C 07-5596 SI<br><br>**ORDER VACATING CASE**<br>**MANAGEMENT CONFERENCE** |

       An initial case management conference in related cases 08-2541 and 07-5596 is calendared for January 16, 2009. In light of defendants' motions for administrative relief, the case management conference is VACATED. The Court will issue a new date for the case management conference. The stay on discovery in both cases remains in effect.

       **IT IS SO ORDERED.**

Dated: 1/14/09

                                                           SUSAN ILLSTON<br>                                                           United States District Judge