1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANE DOE,

             Plaintiff,

  v.

COUNTY OF SAN MATEO COUNTY, *et al.*

             Defendants.
                                 /

No. C 08-02541 SI
No. C 07-05596 SI

**ORDER EXTENDING DEADLINE FOR
DEFENDANTS TO ANSWER
PLAINTIFF'S COMPLAINT**

     Defendants' requests to extend the deadline for filing answers to plaintiff's amended complaint in Cases Nos. 07-5596 and 08-2541 are GRANTED. **Defendants must file and serve their answers by March 20, 2009.**

     **IT IS SO ORDERED.**

Dated: 1/15/09

                                         SUSAN ILLSTON
                                         United States District Judge