**United States District Court**
For the Northern District of California

1

2

3                    IN THE UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5

| | |
|---|---|
| JANE DOE, | No. C 07-05596 SI |
| Plaintiff, | No. C 08-02541 SI |
| v. | **ORDER GRANTING IN PART** |
| | **PLAINTIFF'S MOTION TO SEAL** |
| COUNTY OF SAN MATEO, *et al.*, | |
| Defendants. | |

6

7

8

9

10

11          Plaintiff has filed a motion for this Court to place papers filed by defendant County of San Mateo

12   under seal.  The County of San Mateo filed a motion to dismiss plaintiff's complaint on January 16,

13   2009.  In support of the motion, the County of San Mateo filed a declaration by David Levy.  Exhibit

14   C to Mr. Levy's declaration is a document that contains plaintiff's name, address, and telephone

15   number.  This information should clearly have been filed under seal pursuant to the protective order in

16   these cases.  Accordingly, the Court GRANTS plaintiff's motion, to the extent she requests that Exhibit

17   C to Mr. Levy's declaration (Docket No. 187, 07-5596; Docket No. 163, 08-2541) be removed from the

18   public docket and placed under seal.

19          Plaintiff also requests that the Court sanction the County of San Mateo for placing this

20   information on the public docket.  The Court finds no evidence of bad faith by defendant.  Indeed, the

21   County of San Mateo simultaneously filed a motion to place Exhibit C under seal, and the Court

22   presumes defendant's filing of this document on the public document was an oversight.  Accordingly,

23   the Court finds that no sanctions are warranted.  In light of the sensitive nature of the underlying

24   incident in this case, the Court exhorts all defendants to take utmost care to comply with the protective

25   order in the future.

26          **IT IS SO ORDERED.**

27   Dated: 1/21/09

                                                          _____
                                                          SUSAN ILLSTON
28                                                        United States District Judge