MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
By: David A. Levy, Deputy (SBN 77181)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA  94063
Telephone: (650) 363-4756
Facsimile:  (650) 363-4034
E-mail:  dlevy@co.sanmateo.ca.us

Attorneys for Defendants
COUNTY OF SAN MATEO, SAN MATEO COUNTY
SHERIFF'S OFFICE, GREG MUNKS, DON HORSLEY,
SUZANNE BLICK, VICTORIA O' BRIEN, GIL RODRIGUEZ,
and KATHRYN ALBERTI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY OF SAN MATEO, et al.,<br><br>        Defendants. | Case No. 07-5596 SI<br><br>Related to Case No. 08-2541 SI<br><br>**[PROPOSED] ORDER RE MOTION TO FILE UNDER SEAL EXHIBIT C TO DECLARATION OF DAVID A. LEVY IN SUPPORT OF SAN MATEO COUNTY DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>Date:          March 6, 2009<br>Time:         9:00 a.m.<br>Courtroom:  10<br><br>(HON. SUSAN ILLSTON) |

The Court has considered the San Mateo County Defendants request to file under seal Exhibit C to the Declaration of David A. Levy in support of the motion to dismiss of said defendants.  After consideration of the file in this action, the Court orders that the request to file under seal Exhibit C to the Declaration of David A. Levy in support of the San Mateo County Defendants motion to Dismiss should be GRANTED.

    **IT IS SO ORDERED:**

---

Case No. 07-5596 SI
[PROPOSED] ORDER RE MOTION TO FILE UNDER SEAL EXHIBIT C TO DECLARATION OF DAVID
A. LEVY IN SUPPORT OF SAN MATEO COUNTY DEFENDANTS' MOTION TO DISMISS THE
SECOND AMENDED COMPLAINT

1  Dated: _____        _____
                                        Hon Susan Illston, United States District Judge
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 07-5596 SI                                  2
[PROPOSED] ORDER RE MOTION TO FILE UNDER SEAL EXHIBIT C TO DECLARATION OF DAVID
A. LEVY IN SUPPORT OF SAN MATEO COUNTY DEFENDANTS' MOTION TO DISMISS THE
SECOND AMENDED COMPLAINT