IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANE DOE,

    Plaintiff,

  v.

COUNTY OF SAN MATEO, *et al.*,

    Defendants.
                                       /

No. C 07-05596 SI
No. C 08-02541 SI

**ORDER GRANTING TWO WEEK CONTINUANCE TO PLAINTIFF**

      Defendants' motions to dismiss are currently set for hearing on March 6, 2009. On February 12, 2009, plaintiff requested to continue the deadline for filing her oppositions to these motions until March 13, 2009. Defendants' motions were filed on January 15 and 16, 2009, and plaintiff's oppositions were due on February 13. Plaintiff does not explain why it was not apparent to her that she would need more time before the day before her opposition was due. She also fails to offer an adequate explanation for why she needs longer than a month to prepare her briefs. Nonetheless, because plaintiff is representing herself, the Court will grant her a continuance of two weeks. **Plaintiff must file her opposition by February 27. Defendants shall file their replies by March 6. Defendants' motions shall be heard on March 20, 2009 at 9:00 a.m.; the March 6 hearing is VACATED.**

      **IT IS SO ORDERED.**

Dated: 2/17/09

                                              SUSAN ILLSTON
                                              United States District Judge