IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>  v.<br><br>COUNTY OF SAN MATEO, *et al.*,<br><br>        Defendants.<br>_____/ | No. C 07-05596 SI<br>No. C 08-02541 SI<br><br>**ORDER DENYING PLAINTIFF'S SECOND REQUEST FOR EXTENSION** |

      Plaintiff's opposition to defendants' motions to dismiss was originally due on February 13, 2009. On February 12, 2009, plaintiff filed a request for a month-long extension. The Court granted plaintiff a two-week extension and reset the filing deadline for February 27. On February 24, plaintiff filed another request for a two-week extension. The Court did not immediately rule on plaintiff's request and on February 27, plaintiff filed an "incomplete" opposition. Plaintiff's second request for an extension is DENIED and her opposition shall be deemed submitted as filed on February 27.

      The Court notes that plaintiff's opposition is 48 pages and that she did not request permission of the Court to file a brief in excess of 25 pages. The Court will nonetheless accept plaintiff's brief because she is representing herself.

      **IT IS SO ORDERED.**

Dated: March 3, 2009

                                                           SUSAN ILLSTON<br>
                                                           United States District Judge