IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 07-05596 SI<br>No. C 08-02541 SI<br><br>**ORDER VACATING HEARING** |

　　Defendants' motions to dismiss plaintiffs' complaints are currently scheduled for hearing on March 20, 2009. Having reviewed the parties' papers, the Court has determined that these motions are suitable for resolution without oral argument. Accordingly, pursuant to Civil Local Rule 7-1(b), the Court VACATES the hearing. A written order will be issued presently.

**IT IS SO ORDERED.**

Dated: March 19, 2009

　　　　　　　　　　　　　　　　　　　　　　　_Susan Illston_
　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge