1    Harry S. Stern, SBN 176854
     Ellen P. Rosenbluth, SBN 196814
2    **RAINS LUCIA STERN, PC**
     2300 Contra Costa Boulevard, Suite 230
3    Pleasant Hill, CA 94523
     Telephone:  925.609.1699
4    Facsimile:  925.609.1690

5    Attorneys for Defendant
     JAMES MASON
6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11   **JANE DOE,**                          **Case No. CV-08-02541 SI**

12            **Plaintiff,**                 **Related Case No. CV-07-5596 SI**

13       **v.**                              **[PROPOSED] ORDER CONTINUING
                                             CASE MANAGEMENT CONFERENCE**
14   **CITY OF SAN MATEO, et al.,**

15            **Defendants.**

16

17        WHEREAS, a case management conference in this matter and in related Case No. CV-07-

18   5596 SI is scheduled for March 27, 2009 at 3:00 p.m.; and

19        WHEREAS, the memorial service for the four fallen Oakland police officers is also

20   scheduled for March 27, 2009; and

21        WHEREAS, attorneys Harry Stern and Ellen Rosenbluth represent members of the Oakland

22   police force and will be attending the memorial service on March 27, 2009; and

23        WHEREAS, all parties hereto have stipulated to the continuance of the case management

24   conference, as evidenced by the attached e-mails;

25        NOW THEREFORE, good cause appearing,

26        It is hereby ORDERED that:

27   ///

28   ///

---

*Jane Doe v. City of San Mateo*     Case No. CV-08-02541 SI
**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

1    The case management conference currently set for March 27, 2009 in this matter and in

2  related Case No. CV-07-5596 SI is hereby continued to April 3, 2009 at 3:00 p.m. in Courtroom

3  10.

4  Dated: _____, 2009

5

6                                            The Honorable Susan Illston
                                             United States District Court Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

*Jane Doe v. City of San Mateo*       Case No. CV-08-02541 SI

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

**From:** Jane Doe [mailto:janedoefederalcase@yahoo.com]
**Sent:** Monday, March 23, 2009 7:19 PM
**To:** Ellen Rosenbluth; David King; Gregg Thornton; Harry Stern; Jeremy Burns; John Beiers; Kathryn Albertie; Kelli George; David Levy
**Cc:** Sarah Swearengin
**Subject:** Re: Doe v. County of San Mateo, et al.: Stipulation to Continue Case Management Conference

April 3, 2009 works for me.

Jane Doe

## Ellen Rosenbluth

| | |
|---|---|
| **From:** | Gregg A. Thornton [GThornton@SelmanBreitman.com] |
| **Sent:** | Monday, March 23, 2009 11:24 AM |
| **To:** | Ellen Rosenbluth |
| **Subject:** | RE: Doe v. County of San Mateo, et al.: Stipulation to Continue Case Management Conference |

On behalf of the Burlingame-related defendants, it is stipulated that the case management conference be continued one week, to April 3, 2009.

**Gregg A. Thornton** | Partner | **Selman Breitman** LLP | 33 New Montgomery, Sixth Floor | San Francisco, CA 94105

direct: 415.979.2027 | fax: 415.979.2099 | email: gthornton@selmanbreitman.com | web: www.selmanbreitman.com

This electronic message transmission contains information from the law firm of Selman Breitman LLP which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by calling us collect at (415) 979-0400 or by electronic mail at support@selmanbreitman.com immediately and delete or destroy all copies of this transmission.

-----Original Message-----
**From:** Ellen Rosenbluth [mailto:erosenbluth@rlslawyers.com]
**Sent:** Monday, March 23, 2009 11:20 AM
**To:** Jane Doe; David King; Gregg A. Thornton; Harry Stern; Jeremy Burns; John Beiers; Kathryn Albertie; Kelli George; David Levy
**Cc:** Sarah Swearengin
**Subject:** Doe v. County of San Mateo, et al.: Stipulation to Continue Case Management Conference

Dear Ms. Doe and Counsel:

As you know, the court has scheduled a case management conference for this upcoming Friday, March 27, 2009, at 3:00 p.m. You may have also heard about the Oakland officer shootings and deaths this past weekend. Our office represents the Oakland Police Officers' Association. Many of our attorneys, including Harry Stern, are actively involved in representing Oakland members who were involved in Saturday's events. A memorial service for all four fallen officers is tentatively scheduled for Friday and may go for the entire day. All of our office would like to attend the service. Accordingly, we request that each of you stipulate to continuing the case management conference for one week, to April 3, 2009. Please reply to this email by no later than 10 a.m. tomorrow, March 24, 2009, so that we may attach your replies to a request we will be sending to the court tomorrow.

Thank you for your understanding and prompt attention to this request.

Very truly yours,


Ellen P. Rosenbluth
Attorney
Rains Lucia Stern, PC
2300 Contra Costa Blvd.


3/23/2009

Suite 230
Pleasant Hill, CA 94523
Tel: (925) 609-1699
Fax: (925) 609-1690

*********************************************************

PRIVILEGE AND CONFIDENTIALITY NOTICE
The information in this electronic mail is intended for the named recipient(s) only.  It may contain
attorney-client privileged and confidential matters.  If you have received this electronic mail in
error, please notify the sender immediately by replying to this e-mail or by calling (925) 609-
1699.  Please do not disclose the contents of this e-mail to anyone.  Thank you.

3/23/2009

Page 1 of 1

Case 3:07-cv-05586-SI Document 221 Filed 03/26/09 Page 6 of 7
Case 3:08-cv-02541-SI Document 210 Filed 03/24/2009 Page 6 of 7

## Ellen Rosenbluth

**From:** David King [DKing@carr-mcclellan.com]
**Sent:** Monday, March 23, 2009 11:50 AM
**To:** Ellen Rosenbluth
**Subject:** RE: Doe v. County of San Mateo, et al.: Stipulation to Continue Case Management Conference

Ellen: Of course we agree to a continuance.I'm so sorry to hear about this tragedy.Please extend our deepest sympathies to the families of the fallen officers.
David

**From:** Ellen Rosenbluth [mailto:erosenbluth@rlslawyers.com]
**Sent:** Monday, March 23, 2009 11:20 AM
**To:** Jane Doe; David King; Gregg Thornton; Harry Stern; Jeremy Burns; John Beiers; Kathryn Albertie; Kelli George; David Levy
**Cc:** Sarah Swearengin
**Subject:** Doe v. County of San Mateo, et al.: Stipulation to Continue Case Management Conference

Dear Ms. Doe and Counsel:

As you know, the court has scheduled a case management conference for this upcoming Friday, March 27, 2009, at 3:00 p.m.  You may have also heard about the Oakland officer shootings and deaths this past weekend.  Our office represents the Oakland Police Officers' Association.  Many of our attorneys, including Harry Stern, are actively involved in representing Oakland members who were involved in Saturday's events.  A memorial service for all four fallen officers is tentatively scheduled for Friday and may go for the entire day.  All of our office would like to attend the service.  Accordingly, we request that each of you stipulate to continuing the case management conference for one week, to April 3, 2009.  Please reply to this email by no later than 10 a.m. tomorrow, March 24, 2009, so that we may attach your replies to a request we will be sending to the court tomorrow.

Thank you for your understanding and prompt attention to this request.

Very truly yours,


Ellen P. Rosenbluth
Attorney
Rains Lucia Stern, PC
2300 Contra Costa Blvd.
Suite 230
Pleasant Hill, CA 94523
Tel: (925) 609-1699
Fax: (925) 609-1690


***********************************************************
PRIVILEGE AND CONFIDENTIALITY NOTICE
The information in this electronic mail is intended for the named recipient(s) only.  It may contain attorney-client privileged and confidential matters.  If you have received this electronic mail in error, please notify the sender immediately by replying to this e-mail or by calling (925) 609-1699.  Please do not disclose the contents of this e-mail to anyone.  Thank you.

## Ellen Rosenbluth

| | |
|---|---|
| **From:** | David Levy [dlevy@co.sanmateo.ca.us] |
| **Sent:** | Monday, March 23, 2009 11:29 AM |
| **To:** | David King; Jeremy Burns; John Beiers; Kathryn Alberti; Ellen Rosenbluth; Harry Stern; Gregg Thornton; Kelli George; Jane Doe |
| **Cc:** | Sarah Swearengin |
| **Subject:** | Re: Doe v. County of San Mateo, et al.: Stipulation to ContinueCase Management Conference |

So stipulated (and I speak for Kathryn Alberti in this regard as well.)

David A. Levy
Deputy County Counsel
dlevy@co.sanmateo.ca.us
Tel: (650) 363-4756
Fax: (650) 363-4034


Save Paper.
Think before you print.

>>> "Ellen Rosenbluth" <erosenbluth@rlslawyers.com> 3/23/2009 11:19 AM
>>> >>>
Dear Ms. Doe and Counsel:

As you know, the court has scheduled a case management conference for this upcoming
Friday, March 27, 2009, at 3:00 p.m.  You may have also heard about the Oakland officer
shootings and deaths this past weekend.
Our office represents the Oakland Police Officers' Association.  Many of our attorneys,
including Harry Stern, are actively involved in representing Oakland members who were
involved in Saturday's events.  A memorial service for all four fallen officers is
tentatively scheduled for Friday and may go for the entire day.  All of our office would
like to attend the service.  Accordingly, we request that each of you stipulate to
continuing the case management conference for one week, to April 3, 2009.  Please reply to
this email by no later than 10 a.m.
tomorrow, March 24, 2009, so that we may attach your replies to a request we will be
sending to the court tomorrow.

Thank you for your understanding and prompt attention to this request.

Very truly yours,


Ellen P. Rosenbluth
Attorney
Rains Lucia Stern, PC
2300 Contra Costa Blvd.
Suite 230
Pleasant Hill, CA 94523
Tel: (925) 609-1699
Fax: (925) 609-1690

****************************************************
PRIVILEGE AND CONFIDENTIALITY NOTICE
The information in this electronic mail is intended for the named
recipient(s) only.  It may contain attorney-client privileged and confidential matters.
If you have received this electronic mail in error, please notify the sender immediately
by replying to this e-mail or by calling (925) 609-1699.  Please do not disclose the
contents of this e-mail to anyone.  Thank you.