Jane Doe
[Redacted]
San Francisco, California 94123
Telephone: [Redacted]
Email: janedoefederalcase@yahoo.com
In pro se

**IT IS SO ORDERED**
*Susan Illston*
Judge Susan Illston

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jane Doe**<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>**COUNTY OF SAN MATEO, et al.,**<br><br>　　　　Defendants. | Case No.  C07-05596SI<br><br>Case No.  C 08-02541SI<br><br>**REQUEST FOR DISMISSAL OF CAUSE OF ACTION AGAINST DEFENDANT JAMES MASON** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the plaintiff in pro se requests that her cause of action for intentional infliction of emotional distress against Defendant James Mason be dismissed without prejudice.

Dated:  April 1, 2009　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　By:  Jane Doe, Plaintiff in *pro se*

*Jane Doe v. County of San Mateo et al.*