United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANE DOE,                                             No. C 07-05596 SI

                  Plaintiff,                          **ORDER DENYING PLAINTIFF'S
                                                      DISCOVERY REQUESTS WITHOUT
     v.                                               PREJUDICE [Docket Nos. 251, 254]**

CITY OF SAN MATEO, et al.,

                  Defendants.
                                              /

          Plaintiff has recently filed two discovery motions [Docket Nos. 251, 254].  It appears that

plaintiff filed these requests without first meeting and conferring with opposing counsel.  Local Civil

Rule 37-1 provides that the Court "will not entertain a request or a motion to resolve a disclosure or

discovery dispute unless, pursuant to Fed. R. Civ. P. 37, counsel have previously conferred for the

purpose of attempting to resolve all disputed issues."  *See* Civ. Local R. 37.  To "'meet and confer' or

'confer' means to communicate directly and discuss in good faith the issue(s) required under the

particular Rule or order . . . . [S]uch communication may take place by telephone.  The mere sending

of a written, electronic, or voice-mail communication, however, does not satisfy a requirement to 'meet

and confer' or to 'confer.'  Rather, this requirement can be satisfied only through direct dialogue and

discussion – **either in a face to face meeting or in a telephone conversation**."  *See* Civ. Local R. 1-

5(n) (emphasis added).  Plaintiff is also notified that per this Court's Standing Order, counsel seeking

the Court's intervention in a discovery dispute shall file and serve a **letter brief, *five pages or less***.

          Accordingly, plaintiff's discovery requests are DENIED without prejudice.  Plaintiff may refile

these requests if, after complying with the meet and confer requirement, she is unable to resolve these

matters with opposing counsel.

          **IT IS SO ORDERED.**

Dated: April 24, 2009

                                                      _____
                                                      SUSAN ILLSTON
                                                      United States District Judge

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28