IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>       Plaintiff,<br><br>   v.<br><br>CITY OF SAN MATEO, et al.,<br><br>       Defendants.<br>_____/ | No. C 07-05596 SI<br><br>**ORDER RE: PLAINTIFF'S RECENTLY FILED MOTIONS [Docket Nos. 259, 260]** |

On March 19, 2009, the Court issued an order granting in part and denying in part defendants' motion to dismiss plaintiff's second amended complaint. [Docket No. 215] Plaintiff subsequently filed seven letter briefs seeking reconsideration of various rulings in the Court's March 19 order. The Court addressed plaintiff's letter briefs in orders dated April 16 and April 29.

Plaintiff has now filed two more letter briefs. This must stop. Plaintiff may not file any more motions regarding reconsideration of issues in the March 19 order, and the motions reflected in Docket Nos. 259 and 260 are DENIED.

**IT IS SO ORDERED.**

Dated: May 15, 2009

                                                            SUSAN ILLSTON<br>
                                                            United States District Judge