**United States District Court**
For the Northern District of California

1
2
3
4
5                    IN THE UNITED STATES DISTRICT COURT

6                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   JANE DOE,                                     No. C 07-05596 SI

9            Plaintiff,

                                                  **ORDER DIRECTING RESPONSE**
10      v.

11  CITY OF SAN MATEO, et al.,

12           Defendants.
                                              /
13

14          The County of San Mateo is directed to file a response to plaintiff's April 28 letter brief

15  regarding discovery by **May 22, 2009.**

16          **IT IS SO ORDERED.**

17

18  Dated: May 19, 2009

19                                                SUSAN ILLSTON
                                                  United States District Judge
20
21
22
23
24
25
26
27
28