| | |
|---|---|
| 1 | MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)<br>By: KATHRYN E. ALBERTI, Deputy (SBN 172034) |
| 2 | Hall of Justice and Records<br>400 County Center, 6th Floor |
| 3 | Redwood City, CA  94063<br>Telephone: (650) 363-4647 |
| 4 | Facsimile:  (650) 363-4034<br>E-mail:  kalberti@co.sanmateo.ca.us |
| 5 | |
| 6 | Attorneys for Defendants<br>COUNTY OF SAN MATEO and<br>SUZANNE BLICK, Deputy |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JANE DOE, | | Case No. C 07-05596 SI |
| | Plaintiffs, | **[PROPOSED] ORDER TO SEAL SUPPORTING DOCUMENTS FILED WITH COUNTY OF SAN MATEO'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY** |
| | vs. | |
| CITY OF SAN MATEO, et. al. | | |
| | Defendants. | |
| | | Hearing: |
| | | [No hearing has been set.] |
| | | (Honorable Susan Illston) |

Before the Court are the following documents: an Opposition by the County of San Mateo to Plaintiff's Motion to Compel and Supporting Documents, namely a letter to Jane Doe dated May 22, 2009, with attachments and a Declaration of Kathryn E. Alberti dated December 5, 2008, with attachments.  After careful consideration of all papers filed in support of the Opposition to the Motion to Compel, and the complete records on file in this action, it is the Court's opinion that the County of San Mateo's request to file the supporting documents under seal be granted.

Accordingly, it is hereby ORDERED that the Supporting Documents, namely the letter to Jane Doe dated May 22, 2009, with attachments and the Declaration of Kathryn E. Alberti dated December 5, 2008, with attachments, be filed under seal is GRANTED.

**IT IS SO ORDERED.**

Case No. C 07-05596 SI
[PROPOSED] ORDER TO SEAL SUPPORTING DOCUMENTS FILED WITH COUNTY OF SAN MATEO'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY

1  Dated:

*[Signature: Susan Illston]*

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

C:\Documents and Settings\scushere\Desktop\Proposed Order to Seal Supporting Documents.doc

---

Case No. C 07-05596 SI     2
[PROPOSED] ORDER TO SEAL SUPPORTING DOCUMENTS FILED WITH COUNTY OF SAN MATEO'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY