IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | No. C 07-05596 SI |
| Plaintiff, | |
| v. | **ORDER DIRECTING PLAINTIFF TO FILE PROPOSED THIRD AMENDED COMPLAINT** |
| CITY OF SAN MATEO, et al., | |
| Defendants. / | |

Plaintiff has filed a motion for leave to file an amended complaint. Plaintiff shall file a *proposed* Third Amended Complaint by **July 17, 2009**.

**IT IS SO ORDERED.**

Dated: July 10, 2009

SUSAN ILLSTON
United States District Judge