David M. King, Esq. (Bar No. 95279)
  dking@carr-mcclellan.com
Jeremy A. Burns, Esq. (Bar No. 239917)
  jburns@carr-mcclellan.com
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California 94011-0513
Telephone: (650) 342-9600
Facsimile: (650) 342-7685

Attorneys for Defendants
City of San Mateo, Joseph Yanuska and Shandon Murphy

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jane Doe,<br><br>         Plaintiff,<br><br>vs.<br><br>City of San Mateo, et al.<br><br>         Defendants. | No. C 07-5596<br><br>**[PROPOSED] ORDER RE MOTION TO FILE UNDER SEAL** |

Before the Court is Defendants' Request to File Under Seal the Unredacted Exhibits 1-7 to the Declaration of Jeremy A. Burns In Opposition to Motion to Amend. After careful consideration of the complete records on file in this action, it is the Court's opinion that the Request to File Under Seal Declaration of Jeremy A. Burns In Opposition to Motion to Amend should be granted.

Accordingly, it is hereby ORDERED that the Request to File Under Seal the Unredacted Exhibits 1-7 to the Declaration of Jeremy A. Burns In Opposition to Motion to Amend is GRANTED.

**IT IS SO ORDERED:**

DATED: _____

                                            _____
                                            The Honorable Susan Illston
                                            United States District Court Judge