```
GREGG A. THORNTON (SBN 146282)
JENNIFER L. RUSNAK (SBN 247054)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorneys for Defendants
OFFICER KEVIN KASHIWAHARA, in
his individual capacity, OFFICER
STEVE VEGA, in his individual
and official capacity, and SGT.
JIM FORD, in his individual and
official capacity
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SAN MATEO; *et al.*, <br><br> Defendants. | CASE NO.: C07-05596 SI <br><br> **STIPULATION AND ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED by and between Plaintiff Jane Doe and Defendants Officer Kevin Kashiwahara, Officer Steve Vega and Sergeant Jim Ford that plaintiff hereby dismisses her claims against Officer Kevin Kashiwahara, Officer Steve Vega and Sergeant Jim Ford, with prejudice, pursuant to Federal Rule Civil Procedure 41(A)(1) and that each party shall bear its own attorneys' fees and costs.

DATED:

By: _____
JANE DOE
Plaintiff, In Pro Se

DATED: August 9, 2010        SELMAN BREITMAN LLP

                             By: _____
                                 GREGG A. THORNTON
                                 JENNIFER L. RUSNAK
                                 Attorneys for Defendants
                                 OFFICER KEVIN KASHIWAHARA, in his
                                 individual capacity, OFFICER STEVE
                                 VEGA, in his individual and
                                 official capacity, and SGT. JIM
                                 FORD, in his individual and
                                 official capacity

## ORDER

**IT IS HEREBY ORDERED** that the plaintiff's claims against defendants Officer Kevin Kashiwahara, Officer Steve Vega and Sergeant Jim Ford (collectively the "Burlingame defendants") in the above-captioned matter be, and hereby are, dismissed with prejudice pursuant to Federal Rule Civil Procedure 41(a)(1), each party to bear its own attorneys' fees and costs.

DATED: _____   By: _____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA