IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | No. C 07-05596 SI |
| Plaintiff, | **ORDER PERMITTING PLAINTIFF ADDITIONAL TIME TO MEET AND CONFER** |
| v. | |
| CITY OF SAN MATEO, et al., | |
| Defendants. | |

On June 3, 2010, the Court issued an order directing the parties to meet and confer by June 18, 2010 regarding plaintiff's motion to compel a response to her Interrogatory 7. (Docket No. 347). Plaintiff has now filed a letter with the Court stating that she was not aware of the Court's order until recently and requesting additional time to meet and confer with defendants. The request is GRANTED. The parties shall meet and confer regarding the scope of plaintiff's discovery request, as explained in the Court's June 3 Order, no later than **September 8, 2010**, and defendants shall produce a response to Interrogatory 7 and a privilege log identifying the communications protected by attorney-client privilege within fourteen days of the meet and confer.

**IT IS SO ORDERED.**

Dated: September 1, 2010

SUSAN ILLSTON
United States District Judge