IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | No. C 07-05596 SI |
| Plaintiff, | **ORDER DENYING REQUEST FOR CERTIFICATION OF INTERLOCUTORY APPEAL** |
| v. | |
| CITY OF SAN MATEO, et al. | |
| Defendants. | |

On September 15, 2010, the Court denied plaintiff's motion to compel defendant City of San Mateo to provide a response to plaintiff's Interrogatory No. 6. Doc. 362. On September 24, 2010, plaintiff filed a Notice of Interlocutory Appeal of that order, and also filed a letter requesting that the Court certify its September 15 Order for interlocutory appeal. Plaintiff has provided no reason for the Court to grant her request to certify, nor does the Court see any. *See Couch v. Telescope Inc.*, 611 F.3d 629, 633 (9th Cir. 2010) (the party pursuing the interlocutory appeal bears the burden of demonstrating that the certification requirements have been met). Plaintiff's request is DENIED. (Doc. 365.)

**IT IS SO ORDERED.**

Dated: October 27, 2010

SUSAN ILLSTON
United States District Judge