```
1   David M. King, Esq. (Bar No. 95279)
      dking@carr-mcclellan.com
2   Jeremy A. Burns, Esq. (Bar No. 239917)
      jburns@carr-mcclellan.com
3   CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
    Professional Law Corporation
4   216 Park Road
    P.O. Box 513
5   Burlingame, California  94011-0513
    Telephone:     (650) 342-9600
6   Facsimile:     (650) 342-7685

7   Attorneys for Defendants
    City of San Mateo, Joseph Yanuska, Shandon Murphy and Joseph
8   Pierucci
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| JANE DOE, | No. 07-5596 SI |
|---|---|
| Plaintiff, | **ORDER RE COURT REPORTER AND VIDEOGRAPHER** |
| vs. | Deposition Dates:  October 28 & 29, 2010 |
| CITY OF SAN MATEO, et al, | Time:  10:00 a.m. |
| | Courtroom:  10 |
| Defendants. | Judge:  Hon. Susan Illston |

Pursuant to the Minute Order entered by this Court on October 18, 2010, Plaintiff's deposition shall take place at the Northern District, San Francisco division courthouse and be completed on October 28 and 29, 2010 commencing at 10:00 a.m. each day.

The following court reporter and videographer, along with their equipment, shall be allowed to enter the Courthouse building located at 450 Golden Gate Avenue with their respective equipment, in order to participate in the Plaintiff's court ordered deposition:

1.  Ann Kirby, CSR 4402, Obejen & McCutcheon, Inc. and her transcription equipment; and

2.  A videographer from Dan Mottaz Video Production, LLC and their equipment including a Sony DSR-250 camera in a case, additional cases containing peripheral equipment such as microphones, an audio mixer, small LCD monitor, camera power supply, back-up DVD recorder, audio-cassette recorder, and an assortment of cable and wires along with video

1 and audiotapes.  The cases will be on a heavy-duty hand-cart, along with a tri-pod and folded
2 back-drop.

**IT IS SO ORDERED:**

DATED:_____  _____
The Honorable Susan Illston
United States District Court Judge

26839-00008\iManage\3545957.1

2.  Case no. 07-5596
Order re Court Reporter and Videographer