IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | No. C 07-05596 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CITY OF SAN MATEO, et al. | |
| Defendants. | |

The Court has granted defendants' motions for summary judgment. Judgment is hereby entered against plaintiff and in favor of defendants.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: February 9, 2011

SUSAN ILLSTON
United States District Judge