| | |
|---|---|
| Jane Doe [Redacted] In pro se | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jane Doe** <br><br> Plaintiff, <br><br> vs. <br><br> **CITY OF SAN MATEO, et al.,** <br><br> Defendants. | Case No.  C 07-05596 SI <br><br> **AMENDED NOTICE OF APPEAL** |

The plaintiff in pro se herby files this Notice of Appeal to the 9th Circuit Court of Appeals for the following court orders:

    10-29-08 Docket# 120 Order on Motion to Dismiss

    10-30-08  Docket# 121 Order Denying Plaintiff's Motion for Declaratory Relief

    12-17-08 Docket# 154 Order on Various Motions

    12-23-08 Docket# 156 Order Denying Plaintiff's Motion

    3-3-09  Docket# 209 Order Denying Plaintiff's Request for an Extension of Time to File

    3-19-09 Docket# 215 Order Granting Defendants Motion to Dismiss on Claims

    4-16-09 Docket# 249 Order on Various Motions

    4-24-09 256 Order Denying Plaintiff's Motion to Compel Discovery from Defendants

    4-29-09 258 Order Regarding Plaintiff's Motions

    5-15-09 269 Order Regarding Various Motions

    6-08-09 271 Order Denying Plaintiff's Motion to Compel Discovery from Defendants

    7-01-09 287 Order Denying Plaintiff's Motion to Compel Discovery from Defendants

9-15-10  Docket #362 Order Denying Plaintiff's Motion to Compel Discovery from Defendants

4-13-2010 Docket #340 Order Denying Plaintiff's Motion to Amend.

11-10- 2010 Docket # 382 Order Granting Defendant's Motion for an Extension of Time to File Motions for Summary Judgment

1-13-2011 Docket # 401 Order Denying Plaintiff s Motion for an Extension of Time to Oppose Defendants Motions for Summary Judgment

1-20-2011 Docket #407 Order Denying Plaintiff s Motion for an Extension of Time to Oppose Defendants Motions for Summary Judgment

2-9-2011 Docket #420 Order Granting Defendant's Motion for Summary Judgment

2-9-2011 Docket #421 Judgment Granting Defendant's Motion for Summary Judgment

3-17-2011 Docket # 429 Order Granting Costs to San Mateo Police Defendants

3-17-2011 Docket#430 Order Granting Costs to San Mateo Sheriff's Department Defendants

Dated: March 18, 2011                              ___x_____

                                                                   Jane Doe